BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700 (main)
(916) 554-2900 (facsimile)

**FILED**

JUL 1 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE Searches Warrants for Gmail Account, Computers and Cellular Telephones In The Name Or Possession of Troy Stratos. | CASE NOS. 2:12-sw-00324 DAD; 2:12-sw-00436 EFB; 2:12-sw-00437 EFB; 2:12-sw-00438 EFB; 2:12-sw-00439 EFB; and 2:12-sw-00440 EFB<br><br>**[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS** |

The Court hereby orders that the search warrants, supporting affidavit, and applications in Case Nos. 2:12-sw-00324 DAD, 2:12-sw-00436 EFB, 2:12-sw-00437 EFB, 2:12-sw-00438 EFB, 2:12-sw-00439 EFB, and 2:12-sw-00440 EFB, as well as the Petition to Seal, and the Order sealing these documents, shall be unsealed and made part of the public record.

DATED: July 2, 2013

_____
HON. KENDALL J. NEWMAN
United States Magistrate Judge

3